COMER *v.* AMERICAN TELEPHONE & TELEGRAPH COMPANY.

BELL, J. This case is controlled by the rulings in No. 9161, next preceding.

*Judgment affirmed. Russell, C. J., Beck, P. J., and McLaughlin, Graham, and Hawkins, JJ., concur.*